# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DANNY GONZALES,**

    **Plaintiff,**

**vs.**                                                                              **CASE NO. 4:04CV161-MMP/AK**

**CINDY CALALUCA,**
**et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Defendants Paarlberg and Calaluca have filed special reports (docs. 31 and 41), which have been construed as motions for summary judgment. (Doc. 39). Defendant Susan Cole has not been served, although several attempts have been made. (Docs. 56 and 71). The last two addresses provided by the Plaintiff have proved insufficient and the mail has been returned as undeliverable. (See Docs. 69, 72, and 73). Plaintiff has been released from custody and is now free world, but all attempts to communicate with him since August 2006 have been returned.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has not kept the Court apprised of his current or correct address and all attempts to reach him have failed. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this __13th__ day of November, 2006.

        **s/ A. KORNBLUM**
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:04CV161-MMP/AK